ANTHONY AFFRONTI, Respondent, v. PACIFIC FINANCE CORP., Appellant, Impleaded with Another, Defendant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN J. O'DONNELL, Appellant, v. ROBERT W. BERNARD, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN FAISON, as Administrator, etc., of PENDAR FAISON, Also Known as FRANK FAISON, Deceased, Respondent, v. CLARENCE F. SEWARD, Appellant.—Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLAYNE GELLATLY, as Administratrix, etc., of JOHN GELLATLY, Deceased, Appellant, v. MONROE BARNARD, as Executor, etc., of GEORGE GREY BARNARD, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

OLAF JORGENSEN and Others, Respondents, v. STANDARD OIL COMPANY OF NEW JERSEY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

EUTILIA ALBERTI, Respondent, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUISE FELTER TOROK, Appellant, v. THE TEACHERS' RETIREMENT BOARD, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH Z. DALINDA, Respondent, v. CARL ABEGG, Also Known as CARL ABEGG-STOCKAR and C. ABEGG-STOCKAR, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [177 Misc. 265.]